## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Sidney B. Brooks

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-14649 SBB |
| PHILIP TALLARICO, ) | Chapter 7 |
| SSN:xxx-xx-9146, and ) | |
| PAMELA SUE OLMSTEAD ) | |
| SSN:xxx-xx-4944 ) | |
| ) | |
| Debtors. ) | |

## ORDER SETTING DEADLINES
## AND
## NOTICE TO CREDITORS AND PARTIES IN INTEREST

THIS MATTER comes before the Court *sua sponte*. Pursuant to Fed.R.Bankr.P. 2002(f), the clerk is to give notice of the time fixed for objecting to the debtor's discharge pursuant to 11 U.S.C. § 727 and for filing a complaint to determine the dischargeability of a debt pursuant to Section 523; in addition, notice is to be provided of the deadline to object to the debtor's claimed exemptions. It has come to the Court's attention that the notice of those deadlines was not set or provided by the clerk in this case. The Court finds that pursuant to 11 U.S.C. § 105, in order to properly effectuate administration of the case and to fulfill the obligation under Rule 2002(f), such deadlines should be set and the clerk shall provide notice of them. Accordingly,

THE COURT ORDERS AND PROVIDES NOTICE that the deadline for creditors and/or parties in interest to object to the debtors' discharge or to determine the dischargeability of a debt is **August 19, 2013**.

THE COURT FURTHER ORDERS AND PROVIDES NOTICE that the deadline for creditors and/or parties in interest to object to any exemption claimed by the debtor is **July 22, 2013**.

THE COURT FURTHER ORDERS that the Clerk of Court shall provide a copy of this Order and Notice to the debtor, all counsel and all parties in interest in this case, the Chapter 7 trustee and the United States Trustee.

Dated: June 20, 2013               BY THE COURT:

                                   _Sid Brooks_
                                   _____
                                   Sidney B. Brooks
                                   United States Bankruptcy Judge